UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Crim.No. 09-672 (JLL)
                         :
v.                       :
                         :  BAIL MODIFICATION
                         :  CONSENT ORDER
LAVERN WEBB-WASHINGTON   :

This matter having come before the Court on the application of defendant Lavern Webb-Washington, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order modifying Ms. Webb-Washington's surrender date of April 26, 2010, and Maureen Nakley, Esq., AUSA, and Pretrial Services Officer, Leslie Richardson, having no objection to said modification,

IT IS on this ___ day of ___, 2010,

ORDERED that the Lavern Webb-Washington's surrender date be extended to June 7, 2010. All other conditions of bail set in the matter to remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Court Judge