UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim.No. 09-762 (JLL)
:
v. :
: BAIL MODIFICATION
: CONSENT ORDER
LAVERN WEBB-WASHINGTON :

This matter having come before the Court on the application of defendant Lavern Webb-Washington, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order modifying Ms. Webb-Washington's conditions of bail, and Maureen Nakley, Esq., AUSA, and Pretrial Services Officer, Leslie Richardson, having no objection to said modification,

IT IS on this ___ day of ___, 2010,

ORDERED that the Lavern Webb-Washington shall be permitted to reside with her son at 6422 Phillips Court, Lithonia, Georgia, 30058. All other conditions of bail set in the matter to remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Court Judge