UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim.No. 09-672 (JLL) |
| v. : | |
| : | CONSENT ORDER |
| LAVERN WEBB-WASHINGTON : | |

This matter having come before the Court on the application of defendant Lavern Webb-Washington, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order indefinitely staying Ms. Webb-Washington's surrender date to the Federal Bureau of Prisons, and Maureen Nakly, Esq., AUSA, and Pretrial Services having no objection to said suspension,

IT IS on this 24th day of May 2010,

ORDERED that Lavern Webb-Washington's surrender date to the Federal Bureau of Prisons is hereby stayed, until further order of this Court. All conditions of bail set in this matter to remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Court Judge