IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 09-762 (JLL) |
| LAVERN WEBB-WASHINGTON | : | CONSENT ORDER |
| Defendant. | : | |

This matter having been brought before the Court upon the request of Lavern Webb-Washington, through her attorneys, the Office of the Federal Public Defenders, Chester M. Keller, First Assistant Federal Public Defender, and Lorraine Gauli-Rufo, Assistant Federal Public Defender, appearing, and the United States Attorney's Office, Maureen Nakly, Assistant United States Attorney, appearing, and the Court having heard argument by the parties on May 26, 2010, and the Assistant United States Attorney having no objection, and for good cause shown,

It is on this 1st, day of June, 2010, hereby:

1.  ORDERED THAT Lavern Webb-Washington is granted leave to file a Notice of Motion For a New Trial pursuant to Fed. R. Crim. Pro. 33 and a Notice of Motion to Arrest the Judgment pursuant to Fed. R. Crim. Pro. 34; and it is further

2.  ORDERED THAT briefing on the Motions by both parties is hereby stayed until further Order of the Court; and it is further

3.  ORDERED THAT the Court's determination of the merits of the Motions, as well as the Court's determination regarding other procedural matters relating to the filing of the Notice of Motion, including the timing of filing, shall be held in abeyance, until the appeal in *United States v. Manzo and Manzo*, Crim. No. 09-759 and Appeal No. 10-2489, is resolved.

_____
Honorable Jose L. Linares, U.S.D.J.