UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Jose L. Linares

v. : Crim. No. 09-762 (JLL)

LAVERN WEBB WASHINGTON : ORDER

This matter having come before the Court on the joint motion of the United States of America (Paul J. Fishman, United States Attorney for the District of New Jersey, by Assistant U.S. Attorney Mark J. McCarren, appearing) and defendant Lavern Webb Washington (Lorraine Gauli-Rufo, Assistant Federal Public Defender, appearing), under Federal Rule of Criminal Procedure 11(d)(2)(B) to withdraw the guilty plea entered on October 8, 2009, and the Court having found that there exists a fair and just reason for requesting the withdrawal, and for good cause shown, it is on this 28 day of September, 2011,

ORDERED that the joint motion to withdraw the guilty plea entered by defendant Lavern Webb Washington on October 8, 2009, is GRANTED.

HON. JOSE L. LINARES
United States District Judge