UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Jose L. Linares

v. : Crim. No. 09-762 (JLL)

LAVERN WEBB WASHINGTON : ORDER

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses the Information filed in this matter on October 8, 2009 that charged a violation of Title 18, United States Code, Section 1951(a).

This dismissal is without prejudice.

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. JOSE L. LINARES
United States District Judge

Date: 9/28/11