IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 09-762 (JLL) |
| | : | |
| LAVERN WEBB-WASHINGTON | : | ORDER |
|     Defendant. | | |

This matter having been brought before the Court upon the request of Lavern Webb-Washington, through her attorneys, the Office of the Federal Public Defenders, Chester M. Keller, First Assistant Federal Public Defender, and Lorraine Gauli-Rufo, Assistant Federal Public Defender, appearing, and the United States Attorney's Office, Mark McCarren, Assistant United States Attorney, appearing, and the Court having heard argument by the parties and for good cause shown,

It is on this 28th, day of Sept. , 2011, hereby:

    1.    ORDERED that the Defedant's Notice of Motion For a New Trial pursuant to Fed. R. Crim. Pro. 33 is hereby Withdrawn,

    2.    ORDERED that the Defendant's Notice of Motion to Arrest the Judgment pursuant to Fed. R. Crim. Pro. 34 is hereby Withdrawn,

    3.    ORDERED that the Defendant's Notice of Motion pursuant to 28 U.S.C. 2255 is hereby Withdrawn.
hereby withdrawn.

 

_____
Honorable Jose L. Linares, U.S.D.J.