UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 09-762 (JLL) |
| LAVERN WEBB WASHINGTON | : | ORDER |

This matter having come before the Court on the joint motion of the United States of America (Paul J. Fishman, United States Attorney for the District of New Jersey, by Assistant U.S. Attorney Mark J. McCarren, appearing) and defendant Lavern Webb Washington (Lorraine Gauli-Rufo, Assistant Federal Public Defender, appearing), pursuant to Federal Criminal Rule of Criminal Procedure 48(a) to vacate the Judgment of Conviction entered in this matter on or about March 18, 2010, and it appearing that the Court has already dismissed the Information filed in this matter on October 8, 2009 that charged a violation of Title 18, United States Code, Section 1951(a) upon the joint motion of the parties, and for good cause shown,

It is on this 28 day of September, 2011,

ORDERED that the joint motion to vacate the Judgment of Conviction as to defendant Lavern Webb Washington entered on March 18, 2010, is granted; and

ORDERED that the Judgment of Conviction entered on March 18, 2010 is hereby vacated.

HON. JOSE L. LINARES
United States District Judge

Date: 9/28/11